# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00796-CV

**William Lee Snell, IV, Appellant**

**v.**

**Jasmin Aracily Torres, Armando Torres, Sr., and Maria A. Torres, Appellees**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 391ST JUDICIAL DISTRICT
### NO. D-11-0176-AG, HONORABLE TOM GOSSETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 13, 2013, this Court sent notice to appellant that the clerk's record, which was due on October 17, 2013, was overdue and that the district clerk's office of Tom Green County had informed this Court that appellant had neither paid, nor made arrangement for payment, for the clerk's record. The Court requested that appellant make arrangements for payment for the record and submit a status report. The Court further informed appellant that his appeal may be dismissed for want of prosecution if he did not respond to this Court by December 23, 2013. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed:   January 16, 2014